EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Edwin W. Belén Trujillo | 2012 TSPR 162 <br><br> 187 DPR ____ |

Número del Caso: TS-1682

Fecha: 25 de octubre de 2012

Abogado de la Parte Peticionaria:

Lcdo. Hugo Rodríguez Díaz

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Edwin W. Belén Trujillo

                          TS-1682

                        RESOLUCIÓN

     En San Juan, Puerto Rico, a 25 de octubre de 2012.

        Examinada la *Moción Solicitando Reinstalación*
así como el expediente de referencia, se ordena la
reinstalación del Lcdo. Edwin W. Belén Trujillo
*exclusivamente al ejercicio de la abogacía*.

        Lo acordó el Tribunal y lo certifica la
Secretaria del Tribunal Supremo. El Juez Asociado
señor Estrella Martínez no intervino.



                Aida Ileana Oquendo Graulau
                Secretaria del Tribunal Supremo